# EXHIBIT A

Case: 1:22-cv-03312 Document #: 1-1 Filed: 06/24/22 Page 2 of 7 PageID #:7

FILED
5/23/2022 10:58 AM
Corri Trotter
Grundy County Circuit Clerk
By: SM

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL DISTRICT
GRUNDY COUNTY, ILLINOIS

| | |
|---|---|
| Cardinal Transport, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| deugro (USA), Inc., ) | 2022LA29 |
| ) | |
| Defendant. ) | |

## VERIFIED COMPLAINT

NOW COMES Plaintiff, Cardinal Transport, Inc., by its attorney, Patrick W. Walsh, and for its cause of action against Defendant, deugro (USA), Inc., alleges as follows:

### Count I – Breach of Contract

1. At all times herein mentioned, Plaintiff, Cardinal Transport, Inc., was and is a corporation duly organized under the laws of the State of Illinois, authorized to transact business in the State of Illinois.

2. At all times herein mentioned, Plaintiff, Cardinal Transport, Inc., maintained its principal place of business in Coal City in Grundy County, in the State of Illinois.

3. At all times herein mentioned, Defendant, deugro (USA), Inc., was and is a corporation duly organized under the laws of the State of Texas, authorized to transact business in the State of Texas.

4. At all times herein mentioned, Defendant, deugro (USA), Inc., was a foreign corporation not authorized to transact business in the State of Illinois.

5. At all times herein mentioned, Defendant, deugro (USA), Inc., maintained its principal place of business at 25211 Grogans Mill Road, Suite 465, in The Woodlands, TX 77380, situated in Montgomery County, Texas.

6. At all times herein mentioned, Defendant, deugro (USA), Inc., used Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company as its Registered Agent located at 211 E. 7th Street, Suite 620, Austin, TX 78701-3136.

1

7. In June of 2021, Drew K. Roberts was employed by Defendant, deugro (USA), Inc. as its Head of Specialized Transport.

8. In June of 2021, Drew K. Roberts, had actual and apparent authority to enter into contracts for services with Plaintiff, Cardinal Transport, Inc. in connection with Defendant, deugro (USA), Inc.'s work on the CPV Three River Energy Center project located in Goose Lake Township, Grundy County, Illinois.

9. In June of 2021 and at all relevant times, John Riley was the President of Plaintiff, Cardinal Transport, Inc.

10. In June of 2021, Drew K. Roberts reached out to John Riley of Plaintiff, Cardinal Transport, Inc. to provide trucking transportation services in connection with Defendant, deugro (USA), Inc.'s work on the Three River Energy Center project.

11. Plaintiff, Cardinal Transport, Inc., and Defendant, deugro (USA), Inc. entered into a valid and enforceable contract for Plaintiff to provide transportation services, including necessary ancillary to include but not limited to costs for applicable permits, and union upcharges if required, and escort fees.

12. Pursuant to the terms of the agreement, Defendant, deugro (USA), Inc., required additional trucks, Saturday (weekend) service, truck detention for Defendant's delays, law enforcement escorts and truck spotting trailers as requested by Defendant's Vice-President Richard Jurgens.

13. Plaintiff, Cardinal Transport, Inc., has performed all the conditions on its part under the terms of the contract.

14. On December 1, 2021, Richard Jurgens, Vice President of Defendant, deugro (USA), Inc. confirmed to John Riley that the Plaintiff completed the job safely and to the satisfaction of the Defendant.

15. Defendant, deugro (USA), Inc. failed to fulfill the contract on its part in that it failed to make the required payments and reimburse Plaintiff, Cardinal Transport, Inc. for out-of-pocket expenses incurred.

16. Plaintiff, Cardinal Transport, Inc. has made multiple demands for payment from Defendant, deugro (USA), Inc. and has not been paid.

17. Plaintiff, Cardinal Transport, Inc. is owed $255,600.00 for services rendered and expenses advanced a result of Defendant's breach set forth in attached Exhibit A.

18. Plaintiff, Cardinal Transport, Inc. provided an original agreed bid for services in the amount of $125,000.00; Supplied 5 heavy haul trucks for three (3) days at a rate of $5,000.00 per truck per day totaling $75,000.00; Incurred detention charges for 127 hours billed at $250.00 per hour totaling $31,750.00; delivered and supplied six (6) extra trailers

2

to the Defendant's site totaling $2,500.00; provided special Saturday services that included a $5,000.00 upcharge at the request of Defendant; requested truck spotting for trailers for a total of 60 hours at a rate of $100.00 per hour totaling $6,000.00; requested and incurred police escorts from local and state law enforcement totaling $10,350.00. The total amount of $255,600.00 for services rendered and expenses advanced a result of Defendant's breach set forth in attached Exhibit A.

19. The services and expenses set forth in paragraphs 17 & 18 above was agreed to be paid for by the Defendant, either by the Defendant's words and by the Defendant's conduct.

20. The services and expenses provided by the Plaintiff were not voluntarily performed nor provided to the Defendant by the Plaintiff.

21. The services and expenses provided by the Plaintiff to the Defendant were not necessitated by the fault of the Plaintiff.

22. Plaintiff has been damaged more than $255,600.00 by reason of the Defendant's breach.

23. The Defendant has failed to pay the debt owed to the Plaintiff after being requested to do so on multiple occasions.

WHEREFORE, the Plaintiff, Cardinal Transport, Inc. requests that this court enter a judgment against the Defendant, deugro (USA), Inc. for a sum of money more than $50,000.00, attorney fees, prejudgment interest, the costs of this suit and such other relief that this Honorable Court deems just and equitable.

## Count II – Unjust Enrichment

24. Plaintiff, Cardinal Transport, Inc. restates paragraphs 1 through 19 in Count I above and incorporates them herein by reference.

25. The Defendant has unjustly retained a benefit to the Plaintiff's detriment.

26. The Defendant's retention of $255,600.00 in services and expenses advanced violates the fundamental principles of justice, equity, and good conscience.

27. Plaintiff has been damaged more than $255,600.00 by reason of the Defendant's breach.

28. The Defendant has failed to pay the debt owed to the Plaintiff after being requested to do so on multiple occasions.

3

WHEREFORE, the Plaintiff, Cardinal Transport, Inc. requests that this court enter a judgment against the Defendant, deugro (USA), Inc. for a sum of money more than $50,000.00, attorney fees, prejudgment interest, the costs of this suit and such other relief that this Honorable Court deems just and equitable.

        Respectfully submitted,

        */s/ Patrick W. Walsh*

        Patrick W. Walsh
        Attorney for Plaintiff
        33 S. Garfield St.
        Hinsdale, Illinois 60521
        (630) 794-0300
        patrick@pwalsh.com
        ARDC No.: 6200151

STATE OF ILLINOIS        )
                         ) ss.
COUNTY OF GRUNDY         )

## VERIFICATION PURSUANT TO 735 ILCS 5/1-109

JOHN RILEY, on oath states that he is the Plaintiff in the foregoing Complaint, that he is the President of the Plaintiff CARDINAL TRANSPORT INC., has read the foregoing Complaint, and that, upon information and belief, its contents and the matters set out therein are true in substance and in fact. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
JOHN RILEY – President
CARDINAL TRANSPORT INC.

Subscribed and sworn to before
me this 19th day of May, 2022

_____
Notary Public

CLAUDETTE M SCHMITT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 5, 2025

Patrick W. Walsh, P.C.
Attorney for Plaintiff
33 S. Garfield St.
Hinsdale, Illinois 60521
(630) 794-0300
patrick@pwalsh.com
ARDC No.: 6200151

# CARDINAL TRANSPORT, INC.

P.O. Box 6
Coal City, IL 60416
815-634-4443
800-435-9302

| | |
|---|---|
| **Ship Date:** VARIOUS | **Invoice Date:** 01/12/2022 |
| **Invoice Number:** 3RPJOMO(A) | |

**SHIPPER:**
BL DUKE
2 GENSTAR LANE
JOLIET IL 60435

**CONSIGNEE:**
3 RIVERS POWER PLANT
COLLINS ROAD
MORRIS IL 60450

**BILL TO:**
DEUGRO INC
480 WILDWOOD FOREST DRIVE
SUITE 350
THE WOODLANDS TX 77380
ATTN: RICHARD JURJENS

**REMIT TO:**
CARDINAL TRANSPORT, INC
7180 E REED ROAD
P.O. BOX 6
COAL CITY IL 60416

| PIECES | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| | ORIGINAL BID | | | $125,000.00 |
| | 5 HEAVY HAUL TRUCKS FOR 3 DAYS $5000 PER DAY EACH DAY FOR TOTAL OF $25,000 PER DAY | | | $75,000.00 |
| | DETENTION 127 HOURS @250.00 | | | $31,750.00 |
| | 6 EXTRA TRAILERS PLUS DELIVERY | | | $2500.00 |
| | 5 TRUCK SATURDAY UP CHARGE | | | $5000.00 |
| | BL DUKE PASS THROUGH FOR A TRUCK SPOTTING TRAILER REQUESTED BY RICHARD 60 HOURS @ $100.00 PER HOUR | | | $6000.00 |
| | OVERNIGHT FOR UNUSED ESCORTS 3DAYS, 3CARS 750.00EACH | | | $6750.00 |
| | STATE POLICE ESCORT | | | $3600.00 |

THIS BILL DUE AND PAYABLE IN 15 DAYS    THIS IS YOUR FREIGHT BILL. NO OTHER INVOICE WILL BE RENDERED. SHOW ALL FREIGHT BILL NUMBERS WHEN REMITTING. ORIGINAL FREIGHT BILL

**PAY THIS AMOUNT: $255,600.00**

Exhibit A